UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 04-21140-CIV-HUCK/SIMONTON

NISSIM CORP.,

    Plaintiff,

vs.

CLEARPLAY, INC., et al.,

    Defendants.
_____/

CLOSED CIVIL CASE

FILED by _____ D.C.

Nov 30, 2005

CLARENCE MADDOX
CLERK U S DIST CT
S D OF FLA

### FINAL ORDER OF DISMISSAL

THIS MATTER is before the Court upon the joint notice of settlement made in open court on November 28, 2005. After receiving the notice and being otherwise duly advised in the premises, it is hereby

ORDERED that this case is DISMISSED WITH PREJUDICE. The Court retains jurisdiction solely to enforce the terms of the settlement agreement entered into between the parties. All pending motions are DENIED as moot and the case is CLOSED.

DONE AND ORDERED in Chambers, Miami, Florida, this 30th day of November, 2005.

Paul C. Huck
United States District Judge

Copies furnished to:
Counsel of Record

