UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 04-21140-CIV-HUCK/O'SULLIVAN

NISSIM CORP.,

    Plaintiff,

vs.

CLEARPLAY, INC. et al.,

    Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter is before the Court on ClearPlay, Inc.'s Notice of Filing Bill of Costs (D.E. #643), filed April 30, 2009. The Honorable John O'Sullivan, United States Magistrate Judge, issued a Report and Recommendation on the Notice of Filing Bill of Costs (D.E. # 667) on August 11, 2009, recommending that the Notice of Filing Bills of Costs be granted in part and denied in part.

Neither party has objected to the Report and Recommendation so they are not challenging the factual findings contained in it. The Court has independently reviewed the Report and Recommendation, and the record. Being otherwise duly advised, the Court adopts the findings of fact and conclusions in the report. Accordingly, it is hereby

ORDERED that the Report and Recommendation is adopted and ClearPlay is awarded a total of $21,660.22 in costs.

DONE AND ORDERED in Chambers, Miami, Florida, September 16, 2009.

_____
PAUL C. HUCK
United States District Judge

**Copies Furnished To:**
Magistrate Judge John O'Sullivan
All Counsel of Record